JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MID-CENTURY INSURANCE COMPANY, et al., | CASE NO.: 2:14-cv-02339-AB-JEM |
| Plaintiffs, | [~~PROPOSED~~] JUDGMENT |
| v. | |
| AMCO INSURANCE COMPANY, and DOES 1 through 100, inclusive, | |
| Defendants. | |

    Defendant AMCO Insurance Company's Motion for Summary Judgment on all claims came on regularly for hearing before this Court on October 26, 2015, at 10:00 a.m., Honorable André Birotte Jr., Presiding. The evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

    IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff MID-CENTURY INSURANCE COMPANY, in its individual capacity and as subrogee for and assignee of Morris Gerson Family Company, Inc., The Famous Malibu Country Roadhouse, LLC, OK Corral Land Company, LLC, and Malibu

1  Roadhouse Partners, LLC, take nothing from Defendant AMCO Insurance
2  Company, that the action against Defendant AMCO Insurance Company be
3  dismissed on the merits, and that Defendant AMCO Insurance Company recover
4  its costs.

6  Dated:  November 18, 2015

_____
HONORABLE ANDRÉ BIROTTE JR.
U.S. DISTRICT COURT JUDGE